UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NAIDA COLBY, CIVIL NO. 01-248 (RHK/JMM)

Plaintiff,

v.

HOME DEPOT USA INC.,
ZEP MANUFACTURING COMPANY, and
ENFORCER PRODUCTS, INC.,

Defendants.

AMENDED ORDER FOR PRETRIAL AND SETTLEMENT CONFERENCE

A pretrial and settlement conference will be held in the above-referenced matter on April 19, 2001 at 1:30 p.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge John M. Mason.

Counsel who will actually try the case shall be present. Plaintiff shall also be present. Each person present shall have full settlement discretion, including the unlimited power to change that party's settlement posture during the course of the conference.

Trial counsel shall meet in person with one another on or before April 9, 2001 to seek to achieve an agreement to resolve this dispute. If complete agreement is not reached, each attorney shall deliver to chambers on or before April 12, 2001, a letter which shall include (1) a concise analysis of each remaining liability issue, with citations to relevant authority; (2) a reasoned, itemized computation of each element of the alleged damages, with a concise summary of the testimony of each witness who will testify in support of the damage computations; and (3) a statement of the parties' respective settlement positions at the conclusion of the meeting, as well as any additional information believed to be helpful to the process of reaching agreement. This letter is for the Court's use only and should not be served on opposing counsel.

Dated: March 14, 2001

JOHN M. MASON
United States Magistrate Judge

MAR 14 2001
JUDGMENT ENT'D
DEPUTY CLERK