**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NAIDA COLBY,

Plaintiff,

vs.

ORDER
CV 01-248 RHK/JMM

HOME DEPOT USA INC., A Delaware corporation; ZEP MANUFACTURING COMPANY, a division of National Service Industries, Inc., a Georgia corporation, ENFORCER PRODUCTS, INC., a foreign corporation and division of National Service Industries Inc., a Georgia corporation,

Defendants.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 11, 2001

**RICHARD H. KYLE**, Judge
United States District Court

MAR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK