UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Naida Colby,

Plaintiff,

vs.

National Service Industries, Inc. d/b/a Zep Manufacturing Company and Enforcer Products, Inc. and Home Depot, U.S.A., Inc.,

Defendants.

---

Civil No. 01-248 RHK/JMM

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Plaintiff, NAIDA COLBY, and Defendants NATIONAL SERVICE INDUSTRIES, INC. d/b/a ZEP MANUFACTURING COMPANY and ENFORCER PRODUCTS, INC., and HOME DEPOT, U.S.A., Inc., by and through their undersigned counsel, file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

The parties to the above-referenced case have entered into a settlement agreement. As a term and condition of the settlement agreement, Plaintiff Colby agreed to dismiss her claims against Defendants National Service Industries, Inc. d/b/a Zep Manufacturing Company and Enforcer Products, Inc., and Home Depot, U.S.A., Inc.

Therefore, Plaintiff Colby does hereby stipulate that her claims against Defendants National Service Industries, Inc. d/b/a Zep Manufacturing Company and Enforcer Products, Inc., and Home Depot, U.S.A., Inc. be dismissed with prejudice and without costs to any party.

All parties agree that this Stipulation is filed subject to, and in accordance with, the terms of Judge Richard H. Kyle's Order of March 11, 2001.

Dated: 9-10, 2002

LIVGARD & RABUSE, P.L.L.P.

By [signature]

Dwight G. Rabuse (#0209429)
Attorney for Plaintiff
3009 Holmes Avenue South
Minneapolis, Minnesota 55408
Telephone: (612) 825-7777
Facsimile: (612) 827-8916

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8/26/, 2002

JAMES F. DUNN & ASSOCIATES, P.A.

By

James F. Dunn (#24892)
Attorney for Defendant
National Service Industries, Inc. d/b/a
Zep Manufacturing and Enforcer Products
860 Blue Gentian Road
Eagan, MN 55121
Telephone: (651)365-5118
Facsimile: (651) 365-1166

Dated: 8/22/02, 2002

BOVIS, KYLE & BURCH, L.L.C.

By

Timothy A. Hickey (GA Bar #350620)
Attorneys for Defendant
National Service Industries, Inc. d/b/a
Zep Manufacturing and Enforcer Products
3rd Floor, 53 Perimeter Center East
Atlanta, GA 30346
Telephone: (770) 391-9100
Facsimile: (770) 668-0878

**ORDER FOR DISMISSAL**

Upon the Stipulation Of Dismissal With Prejudice as executed by counsel of all parties hereto, and the Court being duly advised in the premises, IT IS ORDERED, that Plaintiff Colby's claims against Defendants National Service Industries, Inc. and Home Depot U.S.A., Inc., be, and the same hereby is, dismissed with prejudice and without costs to any party.

Date: 9/16, 2002

The Honorable Richard H. Kyle
United States District Judge